UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

TAG/ICIB Services, Inc.

VS.

Marcus Floor Care Inc.

CIVIL NO. 97-2277 (JAF)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| DATE: FILED: | DOCKET:# | Title: |
| ( )Plffs | ( )Defts | |
| ( )Government | ( )Other | |

RECEIVED & FILED
99 OCT -1 PM 2:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

ORDER

The pending Third Party Complaint is dismissed on account of the motion for entry of Judgment by Stipulation, #11 and 12.

Judgment to enter.

4

9/29/99.
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(13)