UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC. as                *
agent for CROWLEY AMERICAN                *
TRANSPORT, INC.,                          *
                                          *
    Plaintiff,                            *   Civil No. 97-2277 (JAF)
                                          *
    v.                                    *
                                          *
MARCAS FLOOR CARE, INC.,                  *
                                          *
    Defendant and Third-                  *
    Party Plaintifff,                     *
                                          *
    v.                                    *
                                          *
TRANSPORTE BARCELONETA, et al.,           *
                                          *
    Third-Party Defendants.               *
                                          *
-----------------------------------------*

## J U D G M E N T

On the basis of the terms of an Order subscribed by the court today, judgment is entered dismissing the Third-Party Complaint on account of the motion for entry of judgment by stipulation and judgment entered on August 26 and September 30, 1998, <u>Docket Document Nos. 11 and 12</u>.

This case is closed for all purposes.

San Juan, Puerto Rico, this 30th day of September, 1999.

                              JOSE ANTONIO FUSTE
                              U.S. District Judge